# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

Samuel Kercelin

**Plaintiff,**

**V.**

See Attachment

**Defendant.**

**Civil Action No.** 26-cv-5535-LL-BJW

## JUDGMENT IN A CIVIL CASE

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

The Court GRANTS Petitioner's Petition for Writ of Habeas Corpus and ORDERED that Respondents to immediately release Petitioner from custody subject only to the conditions of his preexisting parole. This case is hereby closed.

**Date:** 10/8/26

**CLERK OF COURT**
**JOHN MORRILL, Clerk of Court**
By: s/ B. Chandler
B. Chandler, Deputy

# United States District Court

**SOUTHERN DISTRICT OF CALIFORNIA**

(ATTACHMENT)

**Civil Action No.** 26-cv-5535-LL-BJW

Respondents:

Christopher LaRose,
Warden, Otay Mesa Detention Center;
Markwayne Mullin,
Secretary, U.S. Department of Homeland Security;
David J. Venturella,
Senior Official Performing the Duties of the Director, U.S. Immigration and Customs Enforcement;
Todd Blanche,
Attorney General of the United States, U.S. Department of Justice;